IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TELISA BROWN, GUARDIAN AND NEXT
FRIEND OF THE WRONGFUL DEATH
BENEFICIARIES, SOLOMAN LA DEL HARRIS
AND ROOSEVELT HARRIS                                                                 PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 5:09CV153-DCB-JMR

ISSAQUENA COUNTY, MISSISSIPPI AND
RICHARD JONES, SHERIFF OF ISSAQUENA
COUNTY, MISSISSIPPI                                                                  DEFENDANTS

## AGREED ORDER OF DISMISSAL OF RICHARD JONES, SHERIFF OF ISSAQUENA COUNTY, MISSISSIPPI

Pursuant to the Federal Rules of Civil Procedure, the Parties jointly move the Court by Motion *ore tenus* for an order dismissing this action against Richard Jones, Sheriff of Issaquena County, Mississippi ("Sheriff Jones") with prejudice. Having being fully advised of the premises, the Court finds that the *ore tenus* Motion is well taken, and that said Motion should be, and is hereby, GRANTED.

Therefore, it is hereby ORDERED and ADJUDGED that Sheriff Jones is dismissed with prejudice, each party to bear its own costs. This dismissal has no effect on the claims of Plaintiff against the remaining defendant, Issaquena County, Mississippi.

SO ORDERED, this, the 3rd day of November, 2009.

                                                    s/David Bramlette
                                                    DAVID C. BRAMLETTE
                                                    UNITED STATES SENIOR JUDGE

AGREED:

PLAINTIFF, TELISA BROWN, GUARDIAN AND
NEXT FRIEND OF THE WRONGFUL
DEATH BENEFICIARIES, SOLOMAN
LA DEL HARRIS AND ROOSEVELT HARRIS

By her Attorneys,

COX LAW OFFICE, P.C.

/s/ John H. Cox III
John H. Cox III
COX LAW OFFICE, P.C.
P. O. Box 621
Greenville, Mississippi 38702-0621
Telephone: (662) 332-2000
Facsimile: (662) 332-2067

And

DEFENDANT, RICHARD JONES, SHERIFF
OF ISSAQUENA COUNTY, MISSISSIPPI

By his Attorneys,

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC

/s/ J. Randall Patterson
J. Randall Patterson (MSB# 9012)
Jennifer G. Hall (MSB# 100809)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424